**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Shaker Farms, Inc.

Plaintiff,

v.

City of Westfield MA,

Defendant,

Civil Action No. 24-13102-CLM

**REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION**

TO UNITED STATES MAGISTRATE JUDGE CHRISTOPHER L. MORGAN,

[ ] The parties have informed the court that they wish to withdraw their request for ADR at this time.

[**X**] On August 7, 2025, I held the following ADR proceedings:

X SCREENING ADR CONFERENCE

X FOLLOWUP ADR CONFERENCE

_____ MINI-TRIAL

_____ EARLY NEUTRAL EVALUATION

_____ SUMMARY BENCH / JURY TRIAL

X MEDIATION (Further mediations held 8/28/2025, 10/10/2025, 10/24/2025, 11/7/2025, 11/21/2025, 12/2/2025, 12/18/2025, & 1/14/2026 plus prior Telephone Conferences on 5/6/2025, 6/4/2025, 6/27/2025 & 7/24/25)

[**X**] All parties were represented by counsel at each conference.

The parties report that:

[ **X** ] The case has been settled in principle, as described in their Joint Motion to Stay (Document No.71); specifically, the parties therein state that they anticipate that their settlement will be reflected in a joint motion for approval of an agreement for judgment to be filed in a related case in Massachusetts Land Court, after which judgment the parties will file a Stipulation of Dismissal with prejudice in the instant Federal action. The mediator suggests that this court not file a Settlement Order of Dismissal but, rather, await the parties' Stipulation of Dismissal before actually dismissing the case outright.

[ ] There was significant progress.

**[ ]** Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement: await further word from the parties.

[ ] Other:______________________________________________

February 3, 2026,
DATE

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN, U.S. Magistrate Judge
ADR Provider