**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SHAKER FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF WESTFIELD, MASSACHUSETTS, <br><br> Defendant. | Case No. 3:24-cv-13102-CLM |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shaker Farms, Inc. and Defendant City of Westfield, Massachusetts, jointly stipulate that all claims, counterclaims and cross-claims which are or could have been asserted in this action by or against the undersigned parties shall be dismissed, discharged, dissolved and released with prejudice. The undersigned agree to waive all rights of appeal with the intent that said dismissal shall be a final non-appealable judgment having res judicata effect on all claims, counterclaims and cross-claims which are or could have been asserted in this action. The undersigned further agree that each will bear their own costs, expenses and attorneys' fees.

**WHEREFORE**, the parties respectfully request that the Court allow their stipulation of dismissal.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

The parties hereby certify that they have conferred regarding the foregoing stipulation and have agreed to jointly file this stipulation.

1

SHAKER FARMS, INC.

By its attorney,

*/s/ Donald P. Nagle*
Donald P. Nagle, Esq. (BBO #553544)
nagle@dpnaglelaw.com
Law Office of Donald P. Nagle, P.C.
207 Front Street
Scituate, MA 02066
(781) 545-5001


CITY OF WESTFIELD, MA

By its attorneys,

*/s/ Christina S. Marshall*
Christina S. Marshall (BBO #688348)
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
(617) 621-6583

*/s/ Meghan R. Bristol*
Meghan R. Bristol (BBO #
m.bristol@cityofwestfield.org
CITY OF WESTFIELD
59 Court Street
Westfield, MA 01085
(413) 572-6260

Dated:  March 4, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system was sent electronically to counsel of record for all parties on this 4th day of March, 2026.

*/s/ Donald P. Nagle*
Donald P. Nagle, Esq

2